UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-178-WWB-SJH
    18 U.S.C. § 1701

EDWARD GREEN

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about October 17, 2023, and on or about October 19, 2023, in the Middle District of Florida, the defendant,

EDWARD GREEN,

did knowingly and willfully obstruct the passage of the mail, or any carrier or conveyance carrying the mail.

In violation of 18 U.S.C. § 1701.

ROGER HANDBERG,
United States Attorney

By: _____
Elisibeth Adams
Assistant United States Attorney

By: _____
Michael Coolican
Assistant United States Attorney
Deputy Chief, Jacksonville Division